Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN TAYLOR, Appellant.

Submitted November 20, 2006; decided December 14, 2006

Motion by Association of the Bar of the City of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONSO WASHINGTON, Appellant.

Submitted November 27, 2006; decided December 14, 2006

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

PAUL SPERRY, Appellant, v CROMPTON CORPORATION et al., Respondents, et al., Defendants.

Submitted December 11, 2006; decided December 14, 2006

Motion by American Antitrust Institute for leave to appear amicus curiae on the appeal herein granted only to the extent that two copies of the brief may be served and 24 copies filed within seven days.

PAUL SPERRY, Appellant, v CROMPTON CORPORATION et al., Respondents, et al., Defendants.

Submitted December 11, 2006; decided December 14, 2006